# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# AT KNOXVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 3:06-cr-169 |
| ) | (Phillips) |
| JEFFREY HOPPER, ) | |
| ) | |
| Defendant. ) | |

## ORDER

This matter is before the court on defendant's motion to file pleading under seal [Doc. 18]. Specifically, defendant requests that his sentencing memorandum be placed under seal due to sensitive information contained therein. For the good cause stated, defendant's motion is **GRANTED.**

**IT IS SO ORDERED**.

**ENTER:**

                    s/ Thomas W. Phillips
                  United States District Judge